# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00219-CV

---

**Volkswagen Group of America, Inc., Volkswagen Group of America Chattanooga Operations, LLC, and Audi of America, LLC, Appellants**

**v.**

**State of Texas and Texas Commission on Environmental Quality, Appellees**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-000370, THE HONORABLE TIM SULAK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a second joint status update and motion to continue abatement of appeal. We grant the motion and continue to abate the appeal. The parties are ordered to file either a motion to dismiss or another status update no later than February 29, 2024. Failure to do so may result in dismissal of the appeal.

Before Chief Justice Byrne, Justices Triana and Smith

Abated

Filed: December 29, 2023